

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2022

No. 04-22-00418-CR

Johnny **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-0573
Honorable Melisa C. Skinner, Judge Presiding

## O R D E R

Ms. Mary Beth Sasala is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal. On August 2, 2022, this court ordered Ms. Sasala to file her record no later than September 1, 2022. Because Ms. Sasala did not file the record, on September 14, 2022, this court ordered Ms. Sasala to file the reporter's record no later than September 26, 2022. On September 23, 2022, she filed a Notification of Late Record explaining her delay and requesting an extension until October 24, 2022. The request is GRANTED, and Ms. Sasala is ORDERED to file the reporter's record **no later than October 24, 2022**.

Further requests for additional time to file the reporter's record will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court